# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Lannett Company, Inc.
Attn: Samuel H. Israel, Chief Legal Officer
& General Counsel
1150 Northbrook Blvd Suite 155
Trevose, PA 19053

Lannett Company Inc.
1150 Northbrook Blvd.
Trevose, PA 19053

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Lannett Company, Inc.
Attn: Timothy C. Crew, CEO
1150 Northbrook Dr., Ste. 155
Trevose, PA 19053

Corporation Service Company,
R/A for Lannett Company Inc.
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  <u>February 4, 2022</u>   Signature  <u>/s/ Gini L. Downing</u>

         Print Name:      Gini L. Downing
                                     Pachulski Stang Ziehl & Jones LLP
                                     10100 Santa Monica Blvd.
                                     13th Floor
         Business Address:      Los Angeles, CA 90067

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lannett Company, Inc.
   Attn: Timothy C. Crew, CEO
   1150 Northbrook Dr., Ste. 155
   Trevose, PA 19053

9590 9402 3367 7227 2908 19

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 6428

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  S y  C 2 4    ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   CD                              FEB 2 2022 (LANGHORNE USPS postmark)

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Rec

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Corporation Service Company,
   R/A for Lannett Company Inc.
   251 Little Falls Drive
   Wilmington, DE 19808

9590 9402 3367 7227 2908 26

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 6435

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Paul Sisotn    ☐ Agent / ☐ Addressee
   X Paul Sis...

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt